1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10
DARRELL M. PATTERSON,

11
        Petitioner,                No. CIV S-02-2321 FCD EFB P

12
   vs.

13
EDWARD ALAMEIDA, Warden,     <u>ORDER</u>

14
        Respondent.

15
_____/

16
       Petitioner is a state prisoner proceeding pro se and in forma pauperis with an

17
application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the complexity of

18
the legal issues involved with respect to petitioner's claim that his constitutional rights were

19
violated by the prosecutor's improper use of peremptory challenges to exclude a black juror, the

20
court has determined that the interests of justice require appointment of counsel.  *See* 18 U.S.C.

21
§ 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

22
       Accordingly, IT IS HEREBY ORDERED that:

23
       1.  The matter is referred to the Federal Defender for appointment of a member of

24
the Panel;

25
       2.  The Clerk of the Court is directed to serve a copy of the petition and this order

26
on David Porter, Assistant Federal Defender.

1

1         3.  Petitioner's counsel shall contact the Clerk's Office to make arrangements for

2  copies of documents in the file.

3         4.  A status conference is set for June 27, 2007, at 10:00 in Courtroom No. 25.

4         5.  All parties shall appear at the status conference by counsel.

5         6.  Fourteen days prior to the conference, the parties shall file and serve status

6  reports which address the timing and order of the following matters:

7            a.  Discovery and investigations;

8            b.  Anticipated motions;

9            c.  The need for and timing of an evidentiary hearing;

10            d.  Enumeration and resolution of unexhausted claims; and

11            e.  Possible future amendments to the pleadings.

12  The parties are advised that failure to timely file a status report may result in sanctions.

13  DATED:  May 23, 2007.

14

15                    EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26