IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL M. PATTERSON,

      Petitioner,                        No. CIV S-02-2321 FCD EFB

    vs.

EDWARD S. ALAMEIDA, JR.,
Warden,

      Respondent.                   <u>ORDER</u>

      Petitioner is a state prisoner proceeding with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 12, 2007, petitioner filed a request for an extension of time to file a status report and for a continuance of the status conference. Good cause appearing, those requests will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Petitioner is granted until June 27, 2007, to file a status report; and,

      2. The Status Conference is continued to July 11, 2007, at 10:00 a.m. in Courtroom No. 25.

DATED: June 15, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE