IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL M. PATTERSON,

    Petitioner,                    No. CIV S-02-2321 FCD EFB P

    vs.

EDWARD ALAMEIDA, Warden,        <u>ORDER</u>

    Respondent.

_____/

    This matter was before the court on July 11, 2007 for a status conference. Eric Weaver appeared for petitioner. Charles A. French appeared for respondent. Upon review of the status conference reports and good cause appearing therefor, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

    1. Petitioner shall file supplemental points and authorities in support of his claim that his constitutional rights were violated by the prosecutor's improper use of peremptory challenges to exclude a black juror (*Batson* claim) by September 28, 2007.

    2. Respondent shall file a reply to petitioner's supplemental points and authorities by November 2, 2007.

    3. Petitioner may file a response to respondent's reply by November 30, 2007.

/////

1

1    4. If it appears to the court after reading the parties' briefs that oral argument is
2 necessary on petitioner's *Batson* claim, further orders will be issued by the court.
3 DATED: July 16, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE