IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARRELL M. PATTERSON,

    Petitioner,                        No. CIV S-02-2321 FCD EFB P

    vs.

EDWARD ALAMEIDA, Warden,

    Respondent.                      <u>ORDER</u>

_____/

      An evidentiary hearing was held in this matter on June 27, 2008. Eric Weaver appeared for petitioner. Charles French appeared for respondent. Following the hearing, and after discussion with counsel, THE COURT MADE THE FOLLOWING ORDERS and announced them to the parties in open court:

      1. Petitioner may file a supplemental brief addressing his claim pursuant to *Batson v. Kentucky*, 476 U.S. 79 (1986), by August 15, 2008.

      2. Respondent may file a responsive brief by August 29, 2008.

      3. Petitioner may filed a reply brief by September 9, 2008.

/////

/////

/////

1

4. After the parties' briefs have been filed, petitioner's application for a writ of habeas corpus will stand submitted to the court for decision.

So Ordered.

DATED: July 7, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE